168 A.3d 67

**VICARINI, Louis Anthony**

v.

**STATE of Maryland**

**Pet. Docket No. 167, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 896, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 67

**WILLIAMS**

v.

**BALTIMORE CO. GOV'T. PERSONNEL & SALARY ADVISORY BD.**

**Pet. Docket No. 160, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Pending in the Court of Special Appeals (No. 2356, Sept. Term, 2016).

Petition for writ of certiorari denied